IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERNEST LEE COX,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**I. BAL, et al.,**<br><br>　　　　　　　　　Defendants. | 2:22-cv-00804 WBS EFB<br><br>(~~PROPOSED~~) ORDER |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to March 26, 2023.

Dated: December 20, 2022.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2022304828/36798004.docx

1