UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE COX, JR., | No. 2:22-cv-00804-WBS-EFB (PC) |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| I. BAL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983.  On March 30, 2023, the court found that plaintiff had stated a potentially cognizable Eighth Amendment conditions of confinement claim against defendants Bal, Williams, and Patterson.  ECF No. 27.  On May 15, 2023, the court dismissed plaintiff's purported claims under the Americans with Disabilities Act and the Rehabilitation Act.  ECF No. 29.  Defendants have yet to file a responsive motion or pleading.

Accordingly, within 21 days of the date of this order, defendants shall file a motion or pleading in response to plaintiff's first amended complaint.

So ordered.

Dated: August 30, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1