IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST LEE COX,** <br><br> Plaintiff, <br><br> v. <br><br> **I. BAL, et al.,** <br><br> Defendants. | Case No. 2:22-cv-00804 WBS EFB <br><br> [~~PROPOSED~~] ORDER |

Defendants have Applied *ex parte* for an extension of time in which to Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss (ECF No. 43). Good cause appearing, Defendants' Application is **Granted**. Defendants Reply shall be filed on or before February 6, 2024.

Dated: January 22, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE